UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMELIA STEVERSON, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST STUDENT, INC., <br><br> Defendant. | Case No. 3:25-cv-05549-JHC <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO REMAND** |

This matter comes before the Court on Plaintiff's Motion to Remand. Dkt. # 5. The has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The motion is noted for July 22, 2025, but it has been fully briefed, and the Court does not see a good reason to wait to rule on it. Being fully advised, for the reasons presented by Defendant, the Court concludes that there is both federal question and diversity jurisdiction, and that the removal was timely. Thus, the Court DENIES the motion.

DATED this 17th day of July, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION TO
REMAND - 1