UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELIA STEVERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRST STUDENT INC.,<br><br>　　　　Defendant. | CASE NO. 25-cv-05549-JHC<br><br>ORDER |

　　　Before the Court is Plaintiff's "Motion to Compel Production of Surveilance [*sic*] Video." Dkt. # 15.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Finding that the video is relevant and proportional to the needs of the case under Federal Rule of Civil Procedure 26(b)(1), the Court GRANTS the motion.  Defendant shall produce a copy of the video at issue by October 29, 2025.  Regarding the confidentiality issue raised by Defendant, the production may be made under an appropriate protective order.

//

//

//

ORDER - 1

Dated this 15th day of October, 2025.

                                     *John H. Chun*
                                     John H. Chun
                                     United States District Judge

ORDER - 2