UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

AMELIA STEVERSON,

Plaintiff,

vs.

FIRST STUDENT, INC.,

Defendant.

Case No. 3:25-cv-05549-JHC

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES**

This matter comes before the Court on pro se Plaintiff's Motion to Compel Supplemental Discovery Responses. Dkt. # 23. The Court has considered the materials filed in support of an in opposition to the motion, the rest of the file, and the governing law. Plaintiff did not file a reply to Defendant's response arguing that the motion is now moot. For the reasons presented by Defendant at Dkt. # 24, the Court DENIES the motion as moot.

DATED this 24th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 1