UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMELIA STEVERSON,<br><br>      Plaintiff,<br><br>      vs.<br><br>FIRST STUDENT, INC.,<br><br>      Defendant. | Case No. 3:25-cv-05549-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL IN PERSON DEPOSITION** |

This matter comes before the Court on Defendant's Motion to Compel In Person Deposition.  Dkt. # 26.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, for the reasons presented by Defendant at Dkt. ## 26 & 31, the Court GRANTS the motion.  The Court ORDERS Plaintiff to appear in person for her deposition in Pierce County, Washington, on a mutually agreeable date within 21 days of this order.  The deposition may take place on a weekend if preferred by Plaintiff.

DATED this 13th day of March, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO
COMPEL IN PERSON DEPOSITION - 1