UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMELIA STEVERSON,

Plaintiff,

v.

FIRST STUDENT INC.,

Defendant.

CASE NO. 25-cv-05549-JHC

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on pro se Plaintiff's Motion to Proceed In Forma Pauperis (IFP). Dkt. # 46. Under Federal Rule of Appellate Procedure Rule 24(a)(1)(A), a party requesting to proceed IFP on appeal must file a motion with the district court and include an affidavit that "shows in the detail prescribed by **Form 4 of the Appendix of Forms** the party's inability to pay or to give security for fees and costs." Fed. R. App. P. 24(a)(1)(A) (emphasis added). Plaintiff's declaration does not contain all the information required by Form 4. *See* Dkt. # 46. Form 4 can be found at https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form04.pdf. And the instructions to complete Form 4 can be found at form04instructions.pdf.

For this reason, the Court DENIES Plaintiff's motion, Dkt. # 46, without prejudice.

//

//

Dated this 17th day of September, 2026.

John H. Chun
United States District Judge